## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

Maria Rodriguez, et al.
                          Plaintiff,

v.                                                   Case No.: 1:19−cv−08390
                                                          Honorable Matthew F. Kennelly

Stella Smolka, et al.
                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 3, 2022:

      MINUTE entry before the Honorable Matthew F. Kennelly: Telephonic status and settlement approval hearings held on 5/3/2022. Motion for approval of the settlement [103] is granted for the reasons stated on the record. The parties are directed to send a Word version of the proposed order to Judge Kennelly's proposed order email address. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.