IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Norma Salinas, Maria Rodriguez, Rocio Francisco, *on behalf of themselves and others similarly situated* <br><br> Plaintiffs, <br><br> v. <br><br> Stella Smolka, Darius Smolka and Best Maids, Inc., <br><br> Defendants. | Case No. 19-cv-8390 <br> Judge Matthew F. Kennelly |

# ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal of Complaint, whereas the Parties have reached a confidential settlement agreement, inclusive of attorney's fees and costs that disposes of the captioned case in its entirety,

**IT IS HEREBY ORDERED:**

1. The Parties' negotiated settlement of the above-captioned lawsuit, including the claims under the Fair Labor Standards Act asserted therein, is found to be fair and reasonable and is therefore approved.

2. This case is dismissed without prejudice, with leave to reinstate within 75 days after entry hereof for the sole purpose of allowing this Court to enforce the terms of the Parties' settlement agreement.

3. Absent the filing of a motion to enforce within 75 days of entry of this Order, the dismissal of the captioned case shall convert from a dismissal without prejudice, to a dismissal with prejudice with each party bearing its own fees and costs without further action by the Court.

ENTER:

DATE: 5/6/2022

Judge Matthew F. Kennelly
United States District Judge
Northern District of Illinois